## FLOWERS v. THE STATE.

LUMPKIN, J. No error of law was complained of. The evidence was sufficient to support the verdict, and the trial judge did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 16,—Decided July 30, 1906.

Indictment for murder. Before Judge Littlejohn. Sumter superior court. June 22, 1906.

*James Taylor* and *T. F. Callaway,* for plaintiff in error.

*John C. Hart, attorney-general,* and *F. A. Hooper, solicitor-general,* contra.